AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

**FILED**

AUG − 9 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| United States of America<br>v.<br><br>Ionel Miclescu<br>Evimora Dumitru<br><br>*Defendant(s)* | )<br>)<br>) Case No.  4:17 MJ 3220 NCC<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____August 7, 2017____ in the county of ____St. Louis____ in the ____EASTERN____ District of ____MISSOURI____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1029(a)(1) | Production, trafficking, use of counterfeit access device with intent to defraud |
| 18 USC 1029(a)(3) | Possession of 15 or more counterfeit or unauthorized access devices |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Brendan Lyle, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  08/09/2017

_____
*Judge's signature*

City and state:   St. Louis, MO     Honorable Noelle C. Collins, U.S. Magistrate Judge
*Printed name and title*