FILED
AUG 1 6 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IONEL MICLESCU,<br>and<br>EVIMONA DUMITRU,<br><br>Defendants. | 4:17CR370 HEA/NAB |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT I
[Use of Counterfeit Access Device]

On or about August 7, 2017, in the Eastern District of Missouri, the defendant,

**IONEL MICLESCU**

knowingly and with intent to defraud, used counterfeit access devices, specifically various gift cards and credit cards that were altered to contain account numbers of other persons without authorization, with said use affecting interstate and foreign commerce, in that the counterfeit access devices reflected account numbers held by financial institutions operating in interstate commerce, in violation of 18 U.S.C. § 1029 (a)(1) and (c)(1)(A)(i) and 18 U.S.C. § 2.

## COUNT II
**[Use of Counterfeit Access Device]**

On or about August 7, 2017, in the Eastern District of Missouri, the defendant,

**EVIMONA DUMITRU**

knowingly and with intent to defraud, used counterfeit access devices, specifically various gift cards and credit cards that were altered to contain account numbers of other persons without authorization, with said use affecting interstate and foreign commerce, in that the counterfeit access devices reflected account numbers held by financial institutions operating in interstate commerce, in violation of 18 U.S.C. § 1029 (a)(1) and (c)(1)(A)(i) and 18 U.S.C. § 2.

## COUNT III
**[Possession of 15 or more counterfeit or unauthorized access devices]**

On or about August 7, 2017, in the Eastern District of Missouri, the defendants,

**IONEL MICLESCU**
**and**
**EVIMONA DUMITRU**

knowingly and with intent to defraud, possessed 15 or more counterfeit access devices, specifically various gift cards and credit cards that were altered to contain account numbers of other persons without authorization, with said use affecting interstate and foreign commerce, in that the counterfeit access devices reflected account numbers held by financial institutions operating in interstate commerce, in violation of 18 U.S.C. § 1029 (a)(3) and (c)(1)(A)(i) and 18 U.S.C. § 2.

# FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1029(c)(1)(C), upon conviction of an offense in violation of Title 18, United States Code, Section 1029 as set forth in Counts I through III of this Indictment, the defendants IONEL MICLESCU AND EVIMONA DUMITRU, shall forfeit to the United States of America any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s) and any personal property used or intended to be used to commit the offense.

2. Specific property subject to forfeiture includes, but is not limited to, 71 re-encoded and original gift cards and credit cards, as well as $1,170 in U.S. Currency.

3. Subject to the forfeiture is a sum of money equal to the value of the property constituting, or derived from proceeds the defendants obtained directly or indirectly as a result of such violation.

4. If any of the property described above, as a result of any act omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

The United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

Dated: _____     A TRUE BILL

_____
FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney

_____
GILBERT C. SISON
Assistant United States Attorney