UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CR-000370-HEA |
| | ) | |
| IONEL MICLESCU | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S ACCEPTANCE OF PRE-SENTENCE INVESTIGATION REPORT

COME NOW Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Gilbert C. Sison, Assistant United States Attorney for said District, and hereby state that the Government does not have any objections to the Pre-Sentence Investigation Report. Dated: January 30, 2018.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*s/Gilbert C. Sison*
GILBERT C. SISON, #52346MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
Telephone: (314) 539-2200
Facsimile: (314) 539-2309
E-mail: gilbert.sison@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CR-000370-HEA |
| | ) | |
| IONEL MICLESCU | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following counsel of record:

Mr. William T. Marsh – William_Marsh@fd.org

*Attorney for Defendant, Ionel Miclescu*

            *s/ Gilbert C. Sison*
            GILBERT C. SISON, #52346MO
            Assistant United States Attorney
            111 South 10th Street, Room 20.333
            St. Louis, MO 63102
            Telephone: (314) 539-2200
            Facsimile: (314) 539-2020
            E-mail: gilbert.sison@usdoj.gov